UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ASTRAZENECA AB,
AKTIEBOLAGET HÄSSLE and
ASTRAZENECA LP,
KBI INC. and KBI-E INC.,

          Plaintiffs,

    v.

DR. REDDY'S LABORATORIES, LTD. and
DR. REDDY'S LABORATORIES, INC.

          Defendants.
-----------------------------------------------------------------X



Civil Action No. _____

ECF CASE (CM)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for AstraZeneca AB, Aktiebolaget Hässle and AstraZeneca LP, KBI Inc. and KBI-E Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

For AstraZeneca AB, Aktiebolaget Hässle and AstraZeneca, LP:

AstraZeneca PLC and Zeneca Wilmington, Inc.; and

for KBI-E Inc. and KBI Inc.: Merck & Co., Inc.

Dated: July 27, 2007

                                      Errol B. Taylor (ET 6742)
                                      John M. Griem, Jr. (JG 2609)
                                      Claire A. Gilmartin (CG 0066)
                                      MILBANK, TWEED, HADLEY &
                                        McCLOY LLP
                                      1 Chase Manhattan Plaza
                                      New York, New York  10005-1413
                                      (212) 530-5000

NY2:#4750121