UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

ASTRAZENECA AB,
AKTIEBOLAGET HÄSSLE and
ASTRAZENECA LP,
KBI INC. and KBI-E INC.,

           Plaintiffs,

           v.

DR. REDDY'S LABORATORIES, LTD. and
DR. REDDY'S LABORATORIES, INC.

           Defendants.

---------------------------------------------------------------X

Civil Action No. 07civ6790
McMahon

## ACKNOWLEDGMENT OF SERVICE
## ON BEHALF OF DEFENDANTS

    I hereby acknowledge and accept service of a Summons and Complaint in the above-captioned matter on behalf of each of defendants DR. REDDY'S LABORATORIES, LTD. AND DR. REDDY'S LABORATORIES, INC. I have been authorized to accept service on behalf of each of these defendants.

Name:
Budd Larner, P.C.
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703

July 27, 2007

NY2:#4750407