UNITED STATES DISTRICT COURT
THE SOUTHERN DISTRICT OF NEW YORK

---

| | | |
|---|---|---|
| ASTRAZENECA AB, <br> AKTIEBOLAGET HÄSSLE and <br> ASTRAZENEC LP, <br> KBI INC. and KBI-E, INC., | : <br> : <br> : <br> : <br> : | 07-CV-6790 (CM)(FM) |
| Plaintiffs and <br> Counterclaim Defendants, | : <br> : <br> : | |
| - against - | : <br> : <br> : | **ECF CASE** <br> **ELECTRONICALLY FILED** |
| DR. REDDY'S LABORATORIES, LTD. and <br> DR. REDDY'S LABORATORIES, INC. | : <br> : <br> : <br> : | **RULE 7.1** <br> **DISCLOSURE STATEMENT** |
| Defendants and <br> Counterclaim Plaintiffs. | : <br> : <br> : | |

---

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, the undersigned counsel for defendants and counterclaim plaintiffs certifies that the parent corporation of Dr. Reddy's

Laboratories, Inc. is Dr. Reddy's Laboratories, Ltd. and that there are no other parent corporations or publicly held corporations that own 10% or more of the stock of any of the corporations named in this Rule 7.1(a) Statement.

        Respectfully submitted,

        BUDD LARNER, P.C.
        150 John F. Kennedy Parkway
        Short Hills, New Jersey 07078
        (973)379-4800
        Attorneys for Defendants
        and Counterclaim Plaintiffs
        Dr. Reddy's Laboratories, Inc., and
        Dr. Reddy's Laboratories, Ltd.

        By:___/s/ Bruce D. Radin_____
        Andrew J. Miller (AM 8160)
        Bruce D. Radin (BR 7353)

Dated: August 16, 2007