UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| ASTRAZENECA AB, <br> AKTIEBOLAGET HÄSSLE, <br> ASTRAZENEC LP, <br> KBI INC. and KBI-E, INC., <br><br> Plaintiffs and <br> Counterclaim Defendants, <br><br> - against - <br><br> DR. REDDY'S LABORATORIES, LTD., and <br> DR. REDDY'S LABORATORIES, INC., <br><br> Defendants and <br> Counterclaim Plaintiffs. | 07-CV-6790(CM)(FM) <br><br><br><br><br> **ECF CASE** <br> **ELECTRONICALLY FILED** |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. ("DRL") are represented by the firm of Budd Larner, P.C. in the above-captioned matter. Louis H. Weinstein hereby enters his appearance as counsel of record in addition to Bruce D. Radin, who has already been duly designated by the Court as "lead attorney to be noticed" on behalf of DRL. Accordingly, DRL respectfully requests that any future Notices of Electronic Filing related to this case be forwarded to Louis H. Weinstein (lweinstein@budd-larner.com).

|  |  |
|---|---|
|  | BUDD LARNER, P.C.<br>150 John F. Kennedy Parkway<br>Short Hills, New Jersey 07078<br>(973) 379-4800<br>(973) 379-7734 (fax) |
| Dated: September 18, 2007 | /s/ Louis H. Weinstein<br>    Louis H. Weinstein (LW-7868)<br><br>Attorneys for Defendants<br>Dr. Reddy's Laboratories, Ltd. and<br>Dr. Reddy's Laboratories, Inc. |

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of September, 2007, the NOTICE OF APPEARANCE was served on all parties via CM/ECF.

/s/ Louis H. Weinstein
Louis H. Weinstein (LW-7868)

652881