# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

| | |
|---|---|
| LOS ANGELES<br>213-892-4000<br>FAX: 213-629-5063 | BEIJING<br>8610-5123-5120<br>FAX: 8610-5123-5191 |
| WASHINGTON, D.C.<br>202-835-7500<br>FAX: 202-835-7586 | HONG KONG<br>852-2971-4888<br>FAX: 852-2840-0792 |
| LONDON<br>020-7615-3000<br>FAX: 020-7615-3100 | SINGAPORE<br>65-6428-2400<br>FAX: 65-6428-2600 |
| FRANKFURT<br>49-69-71914-3400<br>FAX: 49-69-71914-3500 | TOKYO<br>813-3504-1050<br>FAX: 813-3595-2790 |
| MUNICH<br>49-89-25559-3600<br>FAX: 49-89-25559-3700 | |



MEMO ENDORSED:

*Come to the Scheduled Rule 16 Conference* /s/ Colleen McMahon 9/18/07

September 17, 2007

**VIA FACSIMILE (212) 805-6326**
Hon. Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re: *AstraZeneca AB, et al v. Dr. Reddy's Laboratories, Ltd., et al*,
07-civ-6790 (CM)(FM)

Dear Judge McMahon:

In accordance with the Court's August 14, 2007 Order and Fed. R. Civ. P. 26(f), attached please find the proposed case management plan submitted by both Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, KBI-E, Inc., KBI Inc., and AstraZeneca LP and Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.

Very truly yours,

Errol B. Taylor

cc: Counsel for DRL

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/19/07