UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ASTRAZENECA AB,
AKTIEBOLAGET HÄSSLE and
ASTRAZENECA LP,
KBI INC. and KBI-E INC.,

         Plaintiffs and
         Counterclaim-Defendants,

v.

DR. REDDY'S LABORATORIES, LTD. and
DR. REDDY'S LABORATORIES, INC.

         Defendants and
         Counterclaim-Plaintiffs.

------------------------------------------------------------X

07-CV-6790 (CM)(FM)

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/07
```

## [PROPOSED] ORDER

This matter came before the undersigned Judge on *AstraZeneca's Motion To File Under Seal Explanation Of Infringement Discovery And Attached Exhibits* and being advised on the premises, now therefore.

IT IS HEREBY ORDERED that AstraZeneca's Motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED that *Plaintiff AstraZeneca's Explanation Of Infringement Discovery* and attached exhibits, including *Plaintiff AstraZeneca's First Set Of Requests For Production Of Documents And Things On The Merits (Nos. 1-6), Plaintiff AstraZeneca's Second Set Of Interrogatories To Defendants Dr. Reddy's Laboratories, Ltd. And Dr. Reddy's Laboratories, Inc. (Nos. 11-12)*, and *Plaintiff AstraZeneca's Notice Of Deposition Of Defendants Dr. Reddy's Laboratories, Ltd. And Dr. Reddy's Laboratories, Inc. Pursuant To*

*Fed. R. Civ. P. 30(b)(6)*, shall be filed under seal and accessible only by the Court and the parties.

Dated: 11/26/07

United States District Judge

## SERVICE LIST

Louis H. Weinstein, Esq.
Michael Imbacuan, Esq.
BUDD LARNER
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
Facsimile: (973) 379-7734


Errol B. Taylor, Esq.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Facsimile: (212) 530-5219