UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X
: 
ASTRAZENECA AB,                                               :
AKTIEBOLAGET HÄSSLE and                                       :
ASTRAZENECA LP,                                               :  07-CV-6790 (CM)(FM)
KBI INC. and KBI-E INC.,                                      :
                                                              :
              Plaintiffs and                                  :
              Counterclaim-Defendants,                        :
                                                              :
       v.                                                     :
                                                              :
DR. REDDY'S LABORATORIES, LTD. and                            :
DR. REDDY'S LABORATORIES, INC.                                :
                                                              :
              Defendants and                                  :
              Counterclaim-Plaintiffs.                        :
---------------------------------------------------------------X

**[PROPOSED] ORDER**

This matter came before the undersigned Judge on *AstraZeneca's Motion To File Under Seal Explanation Of Infringement Discovery And Attached Exhibits* and being advised on the premises, now therefore,

IT IS HEREBY ORDERED that AstraZeneca's Motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED that *Plaintiff AstraZeneca's Explanation Of Infringement Discovery* and attached exhibits, including *Plaintiff AstraZeneca's First Set Of Requests For Production Of Documents And Things On The Merits (Nos. 1-6)*, *Plaintiff AstraZeneca's Second Set Of Interrogatories To Defendants Dr. Reddy's Laboratories, Ltd. And Dr. Reddy's Laboratories, Inc. (Nos. 11-12)*, and *Plaintiff AstraZeneca's Notice Of Deposition Of Defendants Dr. Reddy's Laboratories, Ltd. And Dr. Reddy's Laboratories, Inc. Pursuant To

*Fed. R. Civ. P. 30(b)(6)*, shall be filed under seal and accessible only by the Court and the parties.

Dated:_____          _____
                                     United States District Judge

**SERVICE LIST**

Louis H. Weinstein, Esq.
Michael Imbacuan, Esq.
BUDD LARNER
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
Facsimile: (973) 379-7734


Errol B. Taylor, Esq.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005-1413
Facsimile: (212) 530-5219