USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/30/07

Andrew J. Miller (AM 8160)
Louis H. Weinstein (LW 7868)
Bruce D. Radin (BR 7353)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973) 379-4800
Attorneys for Defendants and
Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE and ASTRAZENECA LP, KBI INC. and KBI-E, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC. <br><br> Defendants and Counterclaim Plaintiffs. | 07-CV-6790 (CM)(FM) |

### [PROPOSED] ORDER

This matter came before the undersigned Judge on DRL's Motion To File Under Seal DRL's Reply To AstraZeneca's Explanation of Infringement Discovery And Declarations In Support Thereof, and being advised on the premises, now therefore,

IT IS HEREBY ORDERED that DRL's Motion is GRANTED; and

**COURTESY COPY**

IT IS HEREBY FURTHER ORDERED that DRL's Reply To AstraZeneca's Explanation Of Infringement Discovery And Declarations In Support Thereof shall be filed under seal and accessible only by the Court and the parties.

Dated: November 30, 2007

_____
Colleen McMahon
United States District Judge

659815

CERTIFICATE OF SERVICE

I certify that on this 28th day of November, 2007, I caused a true and correct copy of [PROPOSED] ORDER to be served upon counsel for AstraZeneca in the following manner:

By ECF, Federal Express and E-mail

Errol B. Taylor, Esq.
Milbank, Tweed, Hadley &
 McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Facsimile: 212-530-5219

                                                        s/ Louis H. Weinstein