# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000
FAX: 212-530-5219

**LOS ANGELES**
213-892-4000
FAX: 213-629-5063

**WASHINGTON, D.C.**
202-835-7500
FAX: 202-835-7586

**LONDON**
020-7615-3000
FAX: 020-7615-3100

**FRANKFURT**
49-69-71914-3400
FAX: 49-69-71914-3500

**MUNICH**
49-89-25559-3600
FAX: 49-89-25559-3700

JOHN M. GRIEM, JR.
PARTNER
DIRECT DIAL NUMBER
212-530-5429
FAX 212-822-5429
E MAIL jgriem@milbank com

**BEIJING**
8610-5123-5120
FAX: 8610-5123-5191

**HONG KONG**
852-2971-4888
FAX: 852-2840-0792

**SINGAPORE**
65-6428-2400
FAX: 65-6428-2500

**TOKYO**
813-3504-1050
FAX: 813-3595-2790

## MEMO ENDORSED

November 19, 2007

**BY HAND IN CAMERA**
Hon. Colleen McMahon
United States District Court Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:     *AstraZeneca AB, et a. v. Dr. Reddy's Laboratories, Ltd., et al,*
        07-civ-6790 (CM)(FM)

Dear Judge McMahon:

        As counsel for Plaintiffs AstraZeneca AB, et al., we respectfully submit herewith *AstraZeneca's Motion To File Under Seal Explanation Of Infringement Discovery And Attached Exhibits* and a proposed order.  AstraZeneca respectfully requests that this motion be granted because Defendants assert the Explanation and attached exhibits contain confidential DRL information.  If the court grants the motion, AstraZeneca will promptly file the Explanation and attached exhibits under seal.

        Also enclosed for the court's consideration is *Plaintiff AstraZeneca's Explanation Of Infringement Discovery* with exhibits.  The Explanation details what limited discovery AstraZeneca seeks from DRL at this time and provides reasons for each request. Exhibits to the Explanation include a set of six document requests, a second set of two interrogatories, and a Rule 30(b)(6) notice of deposition with eight categories.



USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12-4-07

Hon. Colleen McMahon

Page 2

AstraZeneca appreciates the Court's consideration of these submissions.

Very truly yours,

John M. Griem, Jr.

cc:     Louis H. Weinstein, Esq.
        Michael Imbacuan, Esq.
        Counsel for Defendants Dr. Reddy's Laboratories, Ltd., et al.