UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X

Astrazeneca AB, et al.,                              07 Civ. 6790 (CM) (FM)

              Plaintiff(s),

    -against-                                    ORDER OF REFERENCE
                                                         TO A MAGISTRATE JUDGE

Dr. Reddy's Laboratories, Ltd., et al,

              Defendant(s).
----------------------------------------X

The above entitled action is referred to the Honorable Frank Maas, United States Magistrate Judge for the following purpose(s):

\_\_\_\_\_ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

\_\_\_\_\_ Specific Non-Dispositive Motion/Dispute:*

\_\_\_\_\_ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction

Purpose:_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

\_\_\_\_\_ Habeas Corpus

\_\_\_\_\_ Social Security

\_\_\_\_\_ Settlement*

✓ Dispositive Motion (i.e., motion requiring a Report and Recommendation

\_\_\_\_\_ Request After Default/Damages Hearing

Particular Motion:_____

All such motions:_____

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/2/08

* Do not check if already assigned for general pretrial.

Dated: May 1, 2008
New York, New York

SO ORDERED

*[signature]*

Hon. Colleen McMahon
United States District Judge