UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

_____ X

AstraZeneca AB, et al.

                Plaintiff(s),

       -against-

Dr. Reddy's Laboratories, et al.

                Defendant(s).

_____ X

07 Civ. 6790 (CM) (FM)

**ORDER OF REFERENCE**
**TO A MAGISTRATE JUDGE**

The above entitled action is referred to the Honorable ___Frank Maas___, United States
Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ____ General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement | ____ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ✓ Specific Non-Dispositive Motion/Dispute:* <br><br> ___Discovery___ <br><br> _____ | ____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction) <br><br> Purpose:_____ |
| ____ If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____ | ____ Habeas Corpus <br> ____ Social Security |
| ____ Settlement* <br> ____ Inquest After Default/Damages Hearing | ____ Dispositive Motion (i.e., motion requiring a Report and Recommendation) |

A previous order of reference mistakenly
had the "Dispositive Motion" category checked.
That was an error. The reference is for
discovery disputes only.

____ Particular Motion:_____

____ All such motions:_____

\* Do not check if already assigned for general pretrial.

Dated: 5/5/08
     New York, New York

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/6/08

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge