```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/13/08
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ASTRAZENECA AB, et al.,                    :

        -against-                                   :        07 Civ. 6790 (CM)

DR. REDDY'S LABORATORIES, LTD., et al.,    :

------------------------------------------------------------x

**FRANK MAAS,** United States Magistrate Judge.

      Regrettably, the Court's automated conflict-checking software did not notify me until this morning that the plaintiff in this action is a subsidiary of Merck & Company, of which I am a stockholder. I therefore will ask that this case be reassigned promptly to another magistrate judge to resolve discovery disputes. Additionally, in light of the conflict, my memorandum endorsement of May 12, 2008, is withdrawn.

      SO ORDERED.

Dated:    New York, New York
            May 13, 2008

                                                    FRANK MAAS
                                        United States Magistrate Judge

Copies to:

Hon. Colleen McMahon
Counsel of Record

1