UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ASTRA-ZENECA AB, et al.,                          :

                                                  :   ORDER
           Plaintiff,                                 07 Civ. 6790 (CM) (GWG)

                                                  :
   -v.-

DR. REDDY'S LABORATORIES, LTD, et al.,            :

           Defendants.                            :
------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    The above-referenced action has been re-assigned to this Court. Having considered the correspondence of the parties anew, and the importance of turning over the materials in order to timely complete discovery, the Court agrees with provisions of the Memorandum Endorsement dated May 12, 2008 (Docket # 26) regarding the production of material from defendants and the uses to which it may be put, and directs that these provisions be followed.[1] Additionally, it appears that the parties agree on the use of the materials at the upcoming deposition and are urged to memorialize such agreement as well. If no agreement can be reached regarding usage during the deposition, the parties shall immediately confer and shall inform the Court by joint letter of the substance of the disagreement.

    To the extent plaintiffs are still seeking to use the materials in some other manner, the parties shall confer again regarding such usage. If no agreement can be reached, plaintiff has leave to make a motion to vacate (in whole or in part) the protective order reflected herein. Any such motion must be filed within 10 business days. The pre-motion conference requirement for such a motion is waived.

    Finally, the Court notes that any application for an extension of the time limitations with respect to the discovery deadline in this matter must be made to Judge McMahon.

---

[1] To the extent a party believes that a single or more comprehensive order is necessary to effectuate the ruling herein, such an order may be submitted to the undersigned by fax. The party opposing it shall state any objections or submit a counter-proposal within one business day.

SO ORDERED.

Dated: May 14, 2008
New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge