# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000

FAX: 212-530-5219

| | | |
|---|---|---|
| LOS ANGELES<br>213-892-4000<br>FAX: 213-629-5063 | | BEIJING<br>8610-5123-5120<br>FAX: 8610-5123-5191 |
| WASHINGTON, D.C.<br>202-835-7500<br>FAX: 202-835-7586 | | HONG KONG<br>852-2971-4888<br>FAX: 852-2840-0792 |
| LONDON<br>020-7615-3000<br>FAX: 020-7615-3100 | JOHN M. GRIEM, JR.<br>PARTNER<br>DIRECT DIAL NUMBER<br>212-530-5429<br>FAX: 212-822-5429<br>E-MAIL: jgriem@milbank.com | SINGAPORE<br>65-6428-2400<br>FAX: 65-6428-2500 |
| FRANKFURT<br>49-69-71914-3400<br>FAX: 49-69-71914-3500 | | TOKYO<br>813-3504-1050<br>FAX: 813-3595-2790 |
| MUNICH<br>49-89-25559-3600<br>FAX: 49-89-25559-3700 | | |

June 23, 2008

**VIA FACSIMILE**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

**MEMO ENDORSED**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/08
```

Re: *AstraZeneca AB, et al. v. Dr. Reddy's Laboratories, Ltd., et al.*
07-civ-6790 (CM)(FM)

Dear Judge McMahon:

We write pursuant to the Court's May 5, 2008 Order "Rulings on Astra-Zeneca's Request for Infringement Discovery" ("the Order") and the Court's direction that AstraZeneca will have 30 days from the conclusion of the permitted discovery to decide whether to withdraw the instant action. The parties agree that today is the deadline for making that decision.

AstraZeneca has not been able to fully assess DRL's products or manufacturing processes to determine whether they improperly encroach on AstraZeneca's IP rights. Pursuant to the Order, AstraZeneca was permitted one deposition of DRL and limited document discovery of only portions of DRL's ANDA and DMF. Before that, AstraZeneca was permitted to ask 10 interrogatories and received samples selected by DRL. AstraZeneca took the deposition on May 23, and on June 16 wrote to DRL outlining the deficiencies in the witness's knowledge of DRL's manufacturing processes. AstraZeneca asked DRL to voluntarily produce certain additional documents and information discussed at the deposition that would aid AstraZeneca in determining whether DRL's ANDA Product would infringe AstraZeneca's patents. DRL has refused to provide this information.

*Memo Endorsement*

6/25/08 Then we will proceed to decide the motion to dismiss.

Collee McM

Hon. Colleen McMahon
June 23, 2008
Page Two

       Under the circumstances, because it has not been able to obtain the information necessary to fully analyze DRL's ANDA Product, AstraZeneca is not prepared to withdraw this action.

Respectfully submitted,

John M. Griem, Jr.

cc:    Louis H. Weinstein, Esq.
        Michael Imbacuan, Esq.
        Counsel for Defendants Dr. Reddy's Laboratories, Ltd., et al. (via facsimile)