Louis H. Weinstein (LW 7868)
Andrew J. Miller (AM 8160)
Bruce D. Radin (BR 7353)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973)379-4800
Attorneys for Defendants and
Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE and ASTRAZENECA LP, KBI INC. and KBI-E, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC. <br><br> Defendants and Counterclaim Plaintiffs. | 07-CV-6790 (CM)(GWG) <br><br><br><br><br><br> **ELECTRONICALLY FILED** |

**DRL'S NOTICE OF MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE** that Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (collectively "DRL") moves for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure granting DRL summary judgment.

Respectfully submitted,

Dated: July 9, 2008

s/ Louis H. Weinstein
Louis H. Weinstein
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
Telephone: (973) 379-4800
E-mail: lweinstein@budd-larner.com

*Attorneys for Defendants and
Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.*

681904

## CERTIFICATE OF SERVICE

I certify that on this 9th day of July, 2008, I caused a true and correct copy of DRL'S NOTICE OF MOTION FOR SUMMARY JUDGMENT to be served upon counsel for AstraZeneca in the following manner:

### By Hand

Errol B. Taylor, Esq.
Milbank, Tweed, Hadley &
 McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Facsimile: 212-530-5219

*[signature: Lori Weinstein]*