Louis H. Weinstein (LW 7868)
Andrew J. Miller (AM 8160)
Bruce D. Radin (BR 7353)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973)379-4800
Attorneys for Defendants and
Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE and ASTRAZENECA LP, KBI INC. and KBI-E, INC., | 07-CV-6790 (CM)(GWG) |
| Plaintiffs and Counterclaim Defendants, | **ELECTRONICALLY FILED** |
| v. | |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC. | |
| Defendants and Counterclaim Plaintiffs. | |

**DRL'S NOTICE OF MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. (hereinafter "DRL") respectfully move this Court for an Order granting DRL leave to file under seal both the Second Declaration of Harry G. Brittain, Ph.D and Exhibit 6 to the Second Declaration of Louis H. Weinstein. These documents are among the documents that DRL relies on in support of DRL's Motion For Summary Judgment, filed herewith. Exhibit 6 is a copy of

DRL's Answers to the AstraZeneca Plaintiff's First Set of Interrogatories (Nos. 1-10). DRL also asks for leave to electronically file a copy of the Second Declaration of Louis H. Weinstein with that Exhibit 6 redacted.

In support of its motion to seal, DRL states that the aforementioned Exhibit 6 and the Declaration of Harry Brittain both contain detailed confidential information concerning DRL's proprietary manufacturing process. This Court in Docket Number 16 has previously granted a motion to seal the confidential information which is the subject of the instant motion, and in preparing its papers in support of DRL's Motion for Summary Judgment, DRL has endeavored to limit the number of documents which need to be filed under seal.

A proposed Order is submitted herewith.

Dated: July 9, 2008

By: s/Louis H. Weinstein
    Andrew J. Miller (AM 8160)
    Bruce D. Radin (BR 7353)
    Louis H. Weinstein (LW 7868)
    BUDD LARNER P.C.
    150 John F. Kennedy Parkway
    Short Hills, New Jersey 07078
    (973) 379-4800

    Attorneys for Defendants and Counterclaim-Plaintiffs
    Dr. Reddy's Laboratories, Ltd. and
    Dr. Reddy's Laboratories, Inc.

683012

## CERTIFICATE OF SERVICE

I certify that on this 9th day of July 2008, I caused a true and correct copy of the foregoing:

**DRL'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

to be served upon counsel for AstraZeneca in the following manner:

<u>By Hand</u>

Errol B. Taylor, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: 212-530-5000
Facsimile: 212-530-5219

_____
Louis H. Weinstein