# MILBANK, TWEED, HADLEY & McCLOY LLP

1 CHASE MANHATTAN PLAZA

NEW YORK, N.Y. 10005-1413

212-530-5000

FAX: 212-530-5219

LOS ANGELES
213-892-4000
FAX: 213-629-5063

WASHINGTON, D.C.
202-835-7500
FAX: 202-835-7586

LONDON
020-7615-3000
FAX: 020-7615-3100

FRANKFURT
49-69-71914-3400
FAX: 49-69-71914-3500

MUNICH
49-59-25559-3600
FAX: 49-89-25559-3700

JOHN M. GRIEM, JR.
PARTNER
DIRECT DIAL NUMBER
212-530-5429
FAX: 212-822-5429
E-MAIL: jgriem@milbank.com

BEIJING
8610-5123-5120
FAX: 8610-5123-5191

HONG KONG
852-2971-4888
FAX: 852-2840-0792

SINGAPORE
65-6428-2400
FAX: 65-6428-2500

TOKYO
813-3504-1050
FAX: 813-3595-2790

**MEMO ENDORSED**

7/16/08

July 15, 2008

**VIA FACSIMILE**
Hon. Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

Re:   *AstraZeneca AB, et al. v. Dr. Reddy's Laboratories, Ltd., et al.*
      07-civ-6790 (CM)(FM)

Dear Judge McMahon:

      We represent plaintiffs AstraZeneca AB, et al. ("AstraZeneca") in the above matter. We write regarding the July 9, 2008 motion for summary judgment filed by defendants Dr. Reddy's Laboratories, Ltd., et al. ("DRL").

      AstraZeneca respectfully requests a one week extension of time to file its opposition to DRL's summary judgment motion from the current deadline of July 23, 2008 to July 30, 2008. AstraZeneca has not made any previous requests to extend its time to answer. AstraZeneca initially sought a longer extension of time from DRL. DRL's counsel has consented to a one week extension.

      DRL indicated to AstraZeneca that it may also seek a one week extension of time to file its reply to AstraZeneca's opposition. AstraZeneca will not oppose DRL's request for a one week extension.

      AstraZeneca requests its extension to have adequate time to respond to DRL's summary judgment motion and the twenty-two page expert declaration submitted therewith. This is a case-dispositive motion and AstraZeneca intends to seek testimony from experts and

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/16/08
```

Hon. Colleen McMahon
July 15, 2008
Page Two

AstraZeneca employees to address the issues raised by DRL's motion. AstraZeneca therefore respectfully requests the Court to approve the extension to allow it additional time to collect the necessary information. AstraZeneca will work diligently to meet the revised schedule.

Respectfully submitted,

John M. Griem, Jr.

cc:  Louis H. Weinstein, Esq.
     Michael Imbacuan, Esq.
     Counsel for Defendants Dr. Reddy's Laboratories, Ltd., et al. (via facsimile)