```
┌─────────────────────────┐
│ USDS SDNY               │
│ DOCUMENT                │
│ ELECTRONICALLY FILED    │
│ DOC #: _____  │
│ DATE FILED: 7/18/08     │
└─────────────────────────┘
```

**BUDD LARNER**
A PROFESSIONAL CORPORATION
COUNSELLORS AT LAW

150 JOHN F. KENNEDY PARKWAY
SHORT HILLS, NJ 07078-2703
973.379.4800
FAX 973.379.7734
www.buddlarner.com

DIRECT DIAL (973) 315-4538

# MEMO ENDORSED

July 16, 2008

*I have already spoke*

*Colleen McMahon 7/17/08*

VIA FASCIMILE
Honorable Colleen McMahon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Room 640
New York, NY 10007

Re:   AstraZeneca AB, et al. v. Dr. Reddy's Laboratories, Ltd., et al.
      07 Civ. 6790 (CM)(GWG)

Dear Judge McMahon:

This letter is further to our letter to Your Honor of earlier today.

We have now conferred with our client DRL, and as courtesy to AstraZeneca, DRL <u>consents</u> to a one week extension of AstraZeneca's deadline for opposing DRL's July 9, 2008 Motion for Summary Judgment with two provisos.

<u>First</u>, if the Court grant's AstraZeneca's request for a one week extension DRL will need a one week extension of the deadline for DRL's Reply so that DRL's outside expert can be available to consult with DRL's counsel. DRL has sought no other extensions in regard to DRL's Motion for Summary Judgment, DRL accelerated the filing of its motion by two weeks and AstraZeneca has informed DRL and the Court that AstraZeneca will not oppose a request for a one week extension by DRL.

<u>Second</u>, a one week extension of AstraZeneca's deadline followed by a one week extension of DRL's deadline would delay the briefing schedule by a total of two weeks. Because of the time of year, DRL recognizes that a two week delay in the briefing could result in a disproportionately large delay in the resolution of DRL's Motion for Summary

NEW YORK      CHERRY HILL      SHORT HILLS      PHILADELPHIA      ATLANTA

BUDD LARNER
A PROFESSIONAL CORPORATION

Honorable Colleen McMahon
July 16, 2008
Page 2

Judgment. DRL has sought an expedited resolution of this matter from the start. Accordingly, if the granting AstraZeneca's request for a one week extension and the companion one week extension for DRL would result in a delay of substantially more than two weeks, DRL would not want the Court to grant AstraZeneca's request.

Respectfully submitted,

*Louis H. Weinstein* (signature)

Louis H. Weinstein

LHW/mit
cc: Counsel for AstraZeneca/via facsimile
684050