UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------X
                                                              :
ASTRAZENECA AB,                                               :
AKTIEBOLAGET HÄSSLE and                                       :
ASTRAZENECA LP,                                               :   07-CV-6790 (CM)(FM)
KBI INC. and KBI-E INC.,                                      :
                                                              :
                                                              :
              Plaintiffs and                                  :
              Counterclaim-Defendants,                        :
                                                              :
       v.                                                     :
                                                              :
DR. REDDY'S LABORATORIES, LTD. and                            :
DR. REDDY'S LABORATORIES, INC.                                :
                                                              :
              Defendants and                                  :
              Counterclaim-Plaintiffs.                        :
-------------------------------------------------------------X
```

**[PROPOSED] ORDER**

This matter came before the undersigned Judge on *AstraZeneca's Motion To File Under Seal Its Memorandum Of Law In Opposition To DRL's Summary Judgment Motion And Supporting Declarations, Affidavits And Exhibits* and being advised on the premises, now therefore,

IT IS HEREBY ORDERED that AstraZeneca's Motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED that Plaintiff AstraZeneca's *Memorandum of Law In Opposition To DRL's Motion For Summary Judgment, Response To DRL's Rule 56.1 Statement* and supporting declarations, affidavits and exhibits, shall be filed under seal and accessible only by the Court and the parties.

Dated:_____           _____
                                         United States District Judge

## SERVICE LIST

Louis H. Weinstein, Esq.
Michael Imbacuan, Esq.
BUDD LARNER
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
Facsimile: (973) 379-7734


Errol B. Taylor, Esq.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Facsimile: (212) 530-5219