UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

ASTRAZENECA AB,
AKTIEBOLAGET HÄSSLE and
ASTRAZENECA LP,  : 07-CV-6790 (CM)(FM)
KBI INC. and KBI-E INC.,

          Plaintiffs and
          Counterclaim-Defendants,

v.

DR. REDDY'S LABORATORIES, LTD. and
DR. REDDY'S LABORATORIES, INC.

          Defendants and
          Counterclaim-Plaintiffs.

------------------------------------------------------------X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/30/08

### [PROPOSED] ORDER

This matter came before the undersigned Judge on *AstraZeneca's Motion To File Under Seal Its Memorandum Of Law In Opposition To DRL's Summary Judgment Motion And Supporting Declarations, Affidavits And Exhibits* and being advised on the premises, now therefore,

IT IS HEREBY ORDERED that AstraZeneca's Motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED that Plaintiff AstraZeneca's *Memorandum of Law In Opposition To DRL's Motion For Summary Judgment, Response To DRL's Rule 56.1 Statement* and supporting declarations, affidavits and exhibits, shall be filed under seal and accessible only by the Court and the parties.

Dated: 7/30/08

_____
United States District Judge

## SERVICE LIST

Louis H. Weinstein, Esq.
Michael Imbacuan, Esq.
BUDD LARNER
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
Facsimile: (973) 379-7734

Errol B. Taylor, Esq.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Facsimile: (212) 530-5219