Louis H. Weinstein (LW 7868)
Andrew J. Miller (AM 8160)
Bruce D. Radin (BR 7353)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973)379-4800
Attorneys for Defendants and
Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE and ASTRAZENECA LP, KBI INC. and KBI-E, INC., <br><br> Plaintiffs and Counterclaim Defendants, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC. <br><br> Defendants and Counterclaim Plaintiffs. | 07-CV-6790 (CM)(GWG) |

### DECLARATION OF KUMARA SEKAR, Ph.D.
### IN SUPPORT OF DR. REDDY'S LABORATORIES, LTD.'S AND
### DR. REDDY'S LABORATORIES, INC.'S MOTION FOR SUMMARY JUDGMENT

I, Kumara Sekar, declare that the following is true and correct:

1.  I am Senior Director, Global Regulatory Affairs and Compliance for Dr. Reddy's Laboratories, Inc. Dr. Reddy's Laboratories, Inc. is the U.S. Agent for Dr. Reddy's Laboratories, Ltd. Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc. are collectively referred to as "DRL" herein.

686313

2. This declaration is based upon my personal knowledge, and is in support of DRL's Motion for Summary Judgment.

3. It is my responsibility as Senior Director, Global Regulatory Affairs and Compliance, to review DRL's regulatory filings for accuracy and compliance with FDA regulations.

4. Through my work at DRL, I have personal knowledge of the documents submitted by DRL to the FDA in ANDA No. 78-878 for DRL's Omeprazole Magnesium Delayed-Release Capsules, 20 mg.

5. Through my work at DRL, I also have personal knowledge of the documents submitted by DRL to the FDA in DMF No. 17706 for DRL's Omeprazole Magnesium Active Pharmaceutical Ingredient. This DMF is referenced in ANDA No. 78-878.

6. The documents bearing bates-ranges DRL0001 to DRL2971 and DRL3855 to DRL3871, which are attached as Exhibit 19 to the Third Declaration of Louis H. Weinstein, are true and correct copies of documents submitted by DRL to the FDA in ANDA No. 78-878.

7. The documents bearing bates-range DRL2972 to DRL3854, which are attached as Exhibit 20 to the Third Declaration of Louis H. Weinstein, are true and correct copies of documents submitted by DRL to the FDA in DMF No. 17706.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: August 11, 2007

Kumara Sekar, Ph.D.

686313

## CERTIFICATE OF SERVICE

I certify that on this 13th day of August 2008, I caused a true and correct copy of the foregoing:

**DECLARATION OF KUMARA SEKAR, Ph.D.
IN SUPPORT OF DRL'S MOTION FOR SUMMARY JUDGMENT**

to be served upon counsel for AstraZeneca in the following manner:

<u>By Federal Express</u>

Errol B. Taylor, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone: 212-530-5000
Facsimile: 212-530-5219

686997