Andrew J. Miller (AM 8160)
Louis H. Weinstein (LW 7868)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973)379-4800
Attorneys for Defendants and
Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| ASTRAZENECA AB,  AKTIEBOLAGET HÄSSLE and  ASTRAZENECA LP, KBI INC. and KBI-E, INC., | : : : : | 07-CV-6790 (CM)(GWG) |
| Plaintiffs and Counterclaim Defendants, | : : : | **ELECTRONICALLY FILED** |
| v. | : : | |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC. | : : : : | |
| Defendants and Counterclaim Plaintiffs. | : : : | |

## DRL'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Defendants Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.

(hereinafter "DRL") respectfully move this Court for an order sealing:

(1)    DRL's Reply in Support of DRL's Motion for Summary Judgment; and

(2)    Exhibits 19 and 20 to the Third Declaration of Louis H. Weinstein (Filed in

Support of DRL's Motion for Summary Judgment).

In support of its motion, DRL states that it is asking the Court to seal DRL's Reply at the request of the Astra plaintiffs to preserve the confidentiality of certain Astra information cited therein. Further, DRL seeks to seal Exhibits 19 and 20 to the Third Declaration of Louis H. Weinstein because these exhibits contain confidential and proprietary DRL information relating to its ANDA and DMF for omeprazole magnesium.

I have consulted with Astra's counsel concerning this motion, and counsel has indicated that Astra will not oppose nor will it object to the granting of this motion.

Accordingly, DRL respectfully requests that the Court order that DRL's Reply in Support of DRL's Motion for Summary Judgment and Exhibits 19 and 20 to the Third Declaration of Louis H. Weinstein be filed under seal, and that the materials be made accessible only to the Court and the parties.

A proposed order is submitted herewith.

Dated: August 13, 2008            By:   s/ Louis H. Weinstein
                                                 Andrew J. Miller (AM 8160)
                                                 Bruce D. Radin (BR 7353)
                                                 Louis H. Weinstein (LW 7868)
                                                 BUDD LARNER P.C.
                                                 150 John F. Kennedy Parkway
                                                 Short Hills, New Jersey 07078
                                                 (973) 379- 4800

                                                 Attorneys for Defendants and Counterclaim-Plaintiffs
                                                 Dr. Reddy's Laboratories, Ltd. and
                                                 Dr. Reddy's Laboratories, Inc.

Andrew J. Miller (AM 8160)
Louis H. Weinstein (LW 7868)
BUDD LARNER, P.C.
150 John F. Kennedy Parkway
Short Hills, New Jersey 07078
(973)379-4800
Attorneys for Defendants and
Counterclaim Plaintiffs
Dr. Reddy's Laboratories, Ltd. and
Dr. Reddy's Laboratories, Inc.

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ASTRAZENECA AB, AKTIEBOLAGET HÄSSLE and ASTRAZENECA LP, KBI INC. and KBI-E, INC., | : : : : | 07-CV-6790 (CM)(GWG) |
| Plaintiffs and Counterclaim Defendants, | : : : | |
| v. | : : | |
| DR. REDDY'S LABORATORIES, LTD. and DR. REDDY'S LABORATORIES, INC. | : : : : | **ELECTRONICALLY FILED** |
| Defendants and Counterclaim Plaintiffs. | : : : | |

## [PROPOSED] ORDER

This matter came before the undersigned Judge on DRL's Motion to File Certain

Documents Under Seal, and being advised on the premises, now therefore,

IT IS HEREBY ORDERED that DRL's Motion is GRANTED; and

2

IT IS HEREBY FURTHER ORDERED that DRL's Reply in Support of DRL's Motion for Summary Judgment, and Exhibits 19 and 20 to the Third Declaration of Louis H. Weinstein (Filed in Support of DRL's Motion for Summary Judgment) shall be filed under seal and accessible only by the Court and the parties.


Dated:  August __, 2008                    _____
                                            Colleen McMahon
                                            United States District Judge

2

<u>**CERTIFICATE OF SERVICE**</u>

I certify that on this 13th day of August 2008, I caused a true and correct copy of the foregoing:

**DRL'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

and

**[PROPOSED] ORDER**

to be served upon counsel for AstraZeneca in the following manner:

<u>By Federal Express</u>

Errol B. Taylor, Esq.
Milbank, Tweed, Hadley & McCloy LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
Telephone:  212-530-5000
Facsimile:  212-530-5219

686968