Errol B. Taylor (ET 6742)
John M. Griem, Jr. (JG 2609)
MILBANK, TWEED, HADLEY &
 McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000

Attorneys for Plaintiffs
and Counterclaim-Defendants
AstraZeneca AB, Aktiebolaget Hässle,
AstraZeneca LP, KBI Inc. and KBI-E Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X

ASTRAZENECA AB,
AKTIEBOLAGET HÄSSLE and
ASTRAZENECA LP,                                 :   07-CV-6790 (CM)(GWG)
KBI INC. and KBI-E INC.,

        Plaintiffs and
        Counterclaim-Defendants,   :   ELECTRONICALLY FILED

   v.

DR. REDDY'S LABORATORIES, LTD. and
DR. REDDY'S LABORATORIES, INC.

        Defendants and
        Counterclaim-Plaintiffs.
------------------------------------------------------------------X

**[PROPOSED] ORDER GRANTING ASTRAZENECA'S MOTION
TO STRIKE NEW DECLARATIONS AND ARGUMENTS
SUBMITTED WITH DRL'S SUMMARY JUDGMENT MOTION REPLY**

Upon the motion of Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc. and KBI-E Inc (collectively, "AstraZeneca") to strike the declarations submitted with Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.'s (collectively, "DRL") DRL Defendants' Reply In Support Of DRL's Motion For Summary Judgment, dated August 13, 2008, namely, the Declaration of Kumara Sekar, Ph.D., the Third Declaration of Harry G. Brittain, Ph.D., FRSC, and the Third Declaration of Louis H. Weinstein, or in the alternative for the Court to grant AstraZeneca leave to file a sur-reply, and upon consideration of the Motion and the submissions of the parties; and due and proper notice of the Motion having been given, it is hereby ORDERED that:

_____ AstraZeneca's motion to strike the Declaration of Kumara Sekar, Ph.D. is GRANTED.

_____ AstraZeneca's motion to strike the Third Declaration of Harry G. Brittain, Ph.D., FRSC is GRANTED.

_____ AstraZeneca's motion to strike the Third Declaration of Louis H. Weinstein is GRANTED.

_____ AstraZeneca's motion to file a sur-reply is GRANTED.

Date: _____

_____
United States District Court
Magistrate Judge

**SERVICE LIST**

Louis H. Weinstein, Esq.
Michael Imbacuan, Esq.
BUDD LARNER
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
Facsimile: (973) 379-7734


Errol B. Taylor, Esq.
MILBANK, TWEED, HADLEY & McCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005-1413
Facsimile: (212) 530-5219