Errol B. Taylor (ET 6742)
John M. Griem, Jr. (JG 2609)
MILBANK, TWEED, HADLEY &
　McCLOY LLP
1 Chase Manhattan Plaza
New York, New York  10005-1413
(212) 530-5000

Attorneys for Plaintiffs
and Counterclaim-Defendants
AstraZeneca AB, Aktiebolaget Hässle,
AstraZeneca LP, KBI Inc. and KBI-E Inc.

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------------X
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
ASTRAZENECA AB,　　　　　　　　　　　　　　　　:
AKTIEBOLAGET HÄSSLE and　　　　　　　　　　　　:
ASTRAZENECA LP,　　　　　　　　　　　　　　　　　: 　07-CV-6790 (CM)(GWG)
KBI INC. and KBI-E INC.,　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Plaintiffs and　　　　　　　　　　　　　　　　　:
　　　　　　Counterclaim-Defendants,　　　　　　　　　: 　ELECTRONICALLY FILED
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　v.　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
DR. REDDY'S LABORATORIES, LTD. and　　　　　　:
DR. REDDY'S LABORATORIES, INC.　　　　　　　　:
　　　　　　　　　　　　　　　　　　　　　　　　　　　:
　　　　　Defendants and　　　　　　　　　　　　　　　:
　　　　　　Counterclaim-Plaintiffs.　　　　　　　　　　　:
----------------------------------------------------------------X

**NOTICE OF MOTION TO STRIKE NEW DECLARATIONS AND ARGUMENTS
SUBMITTED WITH DRL'S SUMMARY JUDGMENT MOTION REPLY**

PLEASE TAKE NOTICE that Plaintiffs AstraZeneca AB, Aktiebolaget Hässle, AstraZeneca LP, KBI Inc., and KBI-E Inc. (collectively, "AstraZeneca") hereby move to strike the declarations submitted with Dr. Reddy's Laboratories, Ltd. and Dr. Reddy's Laboratories, Inc.'s (collectively, "DRL") DRL Defendants' Reply In Support Of DRL's Motion For Summary Judgment, dated August 13, 2008, namely, the Declaration of Kumara Sekar, Ph.D., the Third Declaration of Harry G. Brittain, Ph.D., FRSC, and the Third Declaration of Louis H. Weinstein, or in the alternative for the Court to grant AstraZeneca leave to file a sur-reply.

This Motion is based upon this Notice, the accompanying [Proposed] Order, and the supporting Memorandum of Law, and any and all other evidence presented respecting this Motion.

Date: August 21, 2008

By:  s/ John M. Griem, Jr.
Errol B. Taylor (ET 6742)
John M. Griem, Jr. (JG 2609)
MILBANK, TWEED, HADLEY &
    McCLOY LLP
1 Chase Manhattan Plaza
New York, New York 10005-1413
(212) 530-5000
Attorneys for Plaintiffs
and Counterclaim-Defendants
ASTRAZENECA AB,
AKTIEBOLAGET HÄSSLE,
ASTRAZENECA LP, KBI INC.
AND KBI-E INC.

## CERTIFICATE OF SERVICE

I certify that on this 21st day of August 2008, I caused a true and correct copy of the foregoing **NOTICE OF MOTION TO STRIKE NEW DECLARATIONS AND ARGUMENTS SUBMITTED WITH DRL'S SUMMARY JUDGMENT MOTION REPLY** be served upon counsel for DRL in the following manner:

### BY FEDERAL EXPRESS

Louis H. Weinstein, Esq.
Michael Imbacuan, Esq.
BUDD LARNER
150 John F. Kennedy Parkway
Short Hills, NJ 07078-2703
Facsimile: (973) 379-7734

*[signature]*